RECEIVED
IN ALEXANDRIA, LA
JUL 0 6 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PREALL GOLSTON,<br>         Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:08-CV-00556 |
| VERSUS | |
| TIM WILKINSON, et al.,<br>         Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that both Golston's and defendants' motions for summary judgment (Docs. 38 & 46) are DENIED.

IT IS FURTHER ORDERED this case be set for trial. Counsel must contact chambers by telephone within ten days to schedule same.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 6th day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE